James R. Hawkins, Cal Bar No. 192925
Gregory Mauro, Cal Bar No. 222239
JAMES R. HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, California  92618
Telephone:  949.387.7200
Facsimile:  949.387.6676
Email: james@jameshawkinsaplc.com
          greg@jameshawkinsaplc.com
Attorneys for Plaintiffs ANTONIO NAVARRETE individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO NAVARRETE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation; SPRINT CORPORATION, a Kansas Corporation;  and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00794-JLS-ADS<br>Hon. Josephine L. Staton<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND REPRESENTATIVE ACTION SETTLEMENT; DECLARATIONS OF CLASS COUNSEL JAMES HAWKINS, GREGORY MAURO; DECLARATION OF PLAINTIFF ANTONIO NAVARRETE; DECLARAION OF SEAN HARTRANFT OF ILYM GROUP, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER**<br><br>Date: November 20, 2020<br>Time: 10:30 a.m.<br>Courtroom: 10A<br><br>Complaint Filed:  January 29, 2019<br>FAC: January 28, 2020 |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**TO EACH PARTY AND COUNSEL OF RECORD FOR EACH PARTY:**

**YOU ARE HEREBY NOTIFIED THAT**, on Friday, November 20, 2020 at 10:30 a.m. in Courtroom 10A of the United States District Court, Central District of California, Southern Division, located at 411 West 4th Street, Santa Ana, California 92701-4516, Plaintiff Antonio Navarrete ("Plaintiff"), on behalf of himself and the proposed Class will and hereby does move the Court and respectfully requests, without opposition from Defendant that the Court grant preliminary approval of the parties' settlement agreement of class action claims.

Through this Motion, Plaintiff requests that the Court issue an order: granting preliminary approval of the proposed settlement; granting conditional certification of the Class; appointing ILYM Group, Inc. as the administrator; and authorizing the mailing of the proposed class notice.  Plaintiff also requests that the Court issue an order approving James R. Hawkins and Gregory Mauro of James Hawkins, APLC as counsel for Plaintiff and the Class, and approving Plaintiff as the Class Representative.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, which provides for court approval of the settlement of a purported class action and allows the court to preliminarily certify a class for settlement purposes. Plaintiff makes this motion on the grounds that the Settlement is fair, adequate, and reasonable, is well within the range of reasonableness for possible final approval, and the notice procedures proposed by the parties are adequate to ensure the opportunity for Class Members to participate in, opt out of, or object to the Settlement.

The Motion is based upon this notice of motion and motion for preliminary approval of the Settlement, the memorandum of points and authorities concurrently filed herewith in support thereof, along with the [Proposed] Order Granting Preliminary Approval of Settlement and Setting a hearing for the final approval of the settlement, the concurrently filed Declarations of James R. Hawkins, Gregory

Mauro, Antonio Navarrete and Sean Hartranft, the Parties' settlement agreement, and the Parties' proposed class notice attached as Exhibit A and B to the settlement, the files and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

Pursuant to Local Rule 7-3, the parties' counsels have met and conferred and Defendant does not oppose this motion.

Dated: July 23, 2020                    JAMES HAWKINS APLC

                                        By: /s/ Gregory Mauro

                                        James R. Hawkins, Esq.
                                        Gregory Mauro, Esq.

                                        Attorneys for Plaintiff ANTONIO NAVARRETE and for Members of the Class and Subclasses

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: July 23, 2020                    By: /s/ Gregory Mauro
                                            GREGORY MAURO, ESQ.

- 2 -

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**