1  James R. Hawkins, Cal Bar No. 192925
   Gregory Mauro, Cal Bar No. 222239
2  JAMES R. HAWKINS, APLC
   9880 Research Drive, Suite 200
3  Irvine, California  92618
   Telephone:  949.387.7200
4  Facsimile:  949.387.6676
   Email: james@jameshawkinsaplc.com
5          greg@jameshawkinsaplc.com
   Attorneys for Plaintiffs ANTONIO
6  NAVARRETE individually and on
   behalf of all others similarly situated

7

8               UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

| | |
|---|---|
| ANTONIO NAVARRETE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation; SPRINT CORPORATION, a Kansas Corporation;  and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 8:19-cv-00794-JLS-ADS<br>Hon. Josephine L. Staton<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL  APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND ADMINISTRATION COSTS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Proposed Order and Declarations of Class Counsel James Hawkins, Administrator Nathalie Hernandez, and Plaintiff Navarette filed concurrently herewith]<br><br>Date: August 13, 2021<br>Time: 10:30 a.m.<br>Courtroom: 10A<br><br>Complaint Filed:  January 29, 2019<br>FAC: January 28, 2020 |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

NOTICE IS HEREBY GIVEN that on August 13, 2021 at 10:30 a.m. before the Honorable Josephine L. Staton in Courtroom 10A of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, California 92701-4516, Plaintiff Navarrete ("Plaintiff"), on behalf of the certified Class for settlement purposes, will and hereby does move this Court for an Order which will:

1. Finally adjudicate the Settlement is fair, adequate, and reasonable;

2. Direct distribution of the Settlement benefits by the Settlement Administrator to all participating class members or Settlement Class Members in accordance with the Settlement Agreement;

3. Approve and direct the payment to the Settlement Administrator from the Gross Settlement Fund or GSF $55,000 for its fees and costs in administering the Settlement in accordance with the Settlement Agreement;

4. Approve and direct payment to Class Counsel in the amount of 1/3 of GSF for their attorneys' fees in the sum of $916,666 and reimbursement of their actual litigation costs of $11,664.20 in accordance with the Settlement Agreement.

5. Approve and direct the Class Representative Service Awards to be paid from the MSA to the Plaintiff Navarette in the sum of $5,000 in accordance with the Settlement Agreement;

6. Approve the PAGA Penalty Payment in the sum of $100,000 and direct $75,000 (75%) of which to be paid to the Labor and Workforce Development Agency ("LWDA") and the remainder to Settlement Class members pursuant to the Settlement; and

7. Direct the Clerk of Court to enter final judgment; and without affecting the finality of the final judgment, to reserve the Court's

- 1 -
**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

This Motion is made on the grounds the proposed Settlement, which was preliminarily approved by this Court on March 2, 2021 [Dkt. No. 43] is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Class who have embraced the Settlement as there is a 99.7% participation rate, with 2 exclusions and zero objections. The proposed Settlement should now be finally approved, as more fully discussed in the attached Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement and entering Final Judgment.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Class Counsel, the Declaration of Nathalie Hernandez on behalf of ILYM Group, Inc., the Declaration of Plaintiff Navarette, the Order Granting Preliminary Approval of Class Action Settlement, and such other records and files in this action, and such other matters as may be properly presented at or before the hearing.

The Parties have met and conferred regarding the substance of this Motion and Plaintiffs anticipate no objection to this Motion from Defendant.

Dated: July 2, 2021

JAMES HAWKINS APLC

By: /s/ Gregory Mauro

James R. Hawkins, Esq.
Gregory Mauro, Esq.

Attorneys for Plaintiff ANTONIO NAVARRETE and for Members of the Class

- 2 -

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2021 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: July 2, 2021                    By: /s/ Gregory Mauro
                                           GREGORY MAURO, ESQ.

- 3 -

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT ) SS
CENTRAL DISTRICT OF CALIFORNIA )

I am a resident of the State of California, County of Orange. I am over the age of eighteen years and not a party to the within action. My business address is 9880 Research Drive., Suite 200, Irvine, California 92618.

On July 2, 2021, I served on the interested parties in this action the following document(s) entitled:

- **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND ADMINISTRATION COSTS; MEMORANDUM OF POINTS AND AUTHORITIES**
- **MEMORANDUM OF POINTS AND AUTHORITIES ISO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARDS, AND ADMINISTRATION COSTS**
- **DECLARATION JAMES HAWKINS ISO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARDS, AND ADMINISTRATION COSTS**
- **DECLARATION OF ANTIONIO NAVARRETE IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**
- **DECLARATION OF NATHALIE HERNANDEZ OF ILYM GROUP, INC., IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

- **[PROPOSED] FINAL ORDER AND JUDGMENT GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

[XX]  BY ELECTRONIC SERVICE: Based on a court Order or an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from the email address Nicole@jameshawkinsaplc.com to the persons at the e-mail addresses listed in the Service List below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

## SERVICE LIST
Via LWDA Website:
Labor and Workforce Development Agency Attn: PAGA Administrator
1515 Clay Street, Ste. 801
Oakland, CA 94612
http://www.dir.ca.gov/Private-Attorneys-General-Act

**(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2021, at Irvine, California

*/s/ Nicole Miccolis*
Nicole Miccolis

PROOF OF SERVICE