# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 19-00794-JLS (ADSx) | Date | August 13, 2021 |
|---|---|---|---|
| Title | Antonio Navarrete v. Sprint United Management Company et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon for Melissa Kunig | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Gregory Mauro                                       Emily Patajo

**PROCEEDINGS:**    **Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement; Attorney's Fees, Costs, Service Award and Administration Costs [44]**

Motion hearing held.

The Court ORDERS the parties to review Court Order re *Motion for Preliminary Approval of Class Action Settlement* [dkt. 43] and file a revised version of the Class Notice within 10 days.

The Court further ORDERS the parties to file a status report re *the status of Class Action Notice mailing* no later than 30 days from today.

This matter is continued to November 12, 2021 at 10:30 a.m.

|  | 0 | : | 18 |
|---|---|---|---|
| Initials of Deputy Clerk | kdu | | |

CC: