NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO NAVARRETE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation; SPRINT CORPORATION, a Kansas Corporation;  and DOES 1-50, inclusive,<br><br>DEFENDANTS. | Case No. 8:19-cv-00794-JLS-KES<br><br>**ORDER RE:  AMENDED NOTICE OF CLASS ACTION SETTLEMENT (Doc. 50)** |

## ORDER

Having reviewed and considered the Parties' submission of the Amended Notice of Class Action Settlement filed on August 23, 2021 (Doc. 50), and with GOOD CAUSE APPEARING, the Court HEREBY APPROVES the Amended Notice of Class Action Settlement with the following modifications:

1. On page 1 of the Amended Notice of Class Action Settlement, the Parties shall replace "Around April 21, 2021" with "Several months ago." (Ex. A at 1, Doc. 50.)
2. The Parties shall add a final sentence to the second paragraph of Section 5 (page 3) of the Amended Notice of Class Action Settlement that reads "Any such objection must be filed in the timeframe and manner set forth in Section 8 below."
3. In Section 7 (page 5) of the Amended Notice of Class Action Settlement, the Parties shall include a period between "number" and "Either." (*Id.* at 5.)

**IT IS SO ORDERED.**

Dated:   August 27, 2021

JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE